UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| ANDRE WASHINGTON,<br><br>    *Plaintiff*,<br> v.<br><br>VIRTUOSO SOURCING GROUP, LLC<br><br>    *Defendant*. | Case No. 2:19-cv-00805-MAK |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 2, 2019    By: */s/ Amy L. B. Ginsburg*
                Amy L. B. Ginsburg, Esquire
                Kimmel & Silverman, P.C.
                30 E. Butler Pike
                Ambler, PA 19002
                Phone: (215) 540-8888
                Fax: (877) 788-2864
                Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Mr. Justin M. Tuskan Esq.
Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield Street
Suite 800
Pittsburgh PA 15222
(412) 918-1158
(412) 918-1199
jtuskan@metzlewis.com
Attorneys for Defendant

Dated: August 2, 2019             By: */s/ Amy L. B. Ginsburg*
　　　　　　　　　　　　　　　　　　Amy L. B. Ginsburg, Esquire
　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com